UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILD HORSE CAMPAIGN, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> BUREAU OF LAND MANAGEMENT, ) <br> ) <br> *Defendant*. ) <br> ) | Case No. 20-cv-3653 (RBW) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: July 27, 2021                Respectfully submitted,

/s/ Sean T. Malone
SEAN T. MALONE, DC Bar # (OR0010)
Attorney at Law
259 E. 5th Ave, Ste 200-C
Eugene OR 9401
(303) 859-0403
seanmalone8@hotmail.com
*Counsel for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK,
Acting Chief, Civil Division

- 2 -

By: /s/ *John C. Truong*
JOHN C. TRUONG
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 252-2524
John.Truong@usdoj.gov

*Counsel for Defendant*